# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KYKY KANYIKI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 13-VC-291-JED-PJC |
| THE SALVATION ARMY, | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Kyky Kanyiki, hereby stipulates with the Defendant, The Salvation Army, that this action shall be dismissed with prejudice. No further costs or attorney fees will be owed by either party. Each side will bear its own costs and attorney's fees.

s/ Daniel P. Johnson
Daniel P. Johnson, OBA #20742
Allen L. Hutson, OBA #30118

-Of the Firm-

CROWE & DUNLEVY
A Professional Corporation
20 North Broadway
Suite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
daniel.johnson@crowedunlevy.com
allen.hutson@crowedunlevy.com

ATTORNEYS FOR DEFENDANT

2

        s/ Ray Tompkins *with permission*
Katherine R. Mazaheri, OBA #21746
Raymond E. Tompkins, OBA# 9058
Mazaheri Law Firm, PLLC
3445 W. Memorial Rd., Suite H
Oklahoma City, OK 73134k
katherine@mazaherilawfirm.com
ray@mazaherilawfirm.com

ATTORNEY FOR PLAINTIFF